IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TIMOTHY ANTONIO JONES,

    Plaintiff,

v.                                      Civil Action No. 3:25cv898

DEPUTY RAJAGURU, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on November 6, 2025, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) On December 1, 2025, the United States Postal Service returned the November 6, 2025 Memorandum Order to the Court marked, "RETURN TO SENDER," "Not at Jail," and "Released." (ECF No. 4, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 12/05/25
Richmond, Virginia

/s/ MHL
M. Hannah Lauck
Chief United States District Judge